IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED FOOD and COMMERCIAL WORKERS UNION,
LOCAL 1564,

      Plaintiff,

  v.                                      No. 1:21-cv-00181-KWR-JFR

SMITH'S FOOD AND DRUG CENTERS, INC.,

      Defendant.

## JUDGMENT

**THIS MATTER** comes before the Court on Defendant's Motion to Dismiss, filed on March 29, 2021 **(Doc. 6).** For the reasons stated in the Memorandum Opinion and Order **(Doc. 16)** filed on May 10, 2021 and which accompanies this judgment,

**IT IS ORDERED** and **ADJUDGED** that Defendant's Motion to Dismiss **(Doc. 6)** is hereby **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff's claims are **DISMISSED**, thus disposing of this case in its entirety.

_____
KEA W. RIGGS
UNITED STATES DISTRICT JUDGE